Nov. Term,
1856.

THE LAFAY-
ETTE, &C.
v.
MARTIN.

---

THE LAFAYETTE AND INDIANAPOLIS RAILROAD COMPANY *v.*
MARTIN.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit against the *Lafayette and Indianapolis Railroad Company*, to recover for a cow killed upon the track of the road.

The facts of the case bring it precisely within the decision in *The Madison and Indianapolis Railroad Company* v. *Whiteneck*, at the present term; and like judgment is given (1).

*H. C. Newcomb* and *J. S. Harvey*, for the appellant.